THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REALD SPARK, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00942-TL<br><br>**ORDER GRANTING STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

In accordance with the stipulation by the parties, and good cause having been found, the Court hereby ORDERS that Defendant Microsoft Corporation to answer or otherwise respond to Plaintiff's Complaint by November 28, 2022.

IT IS SO ORDERED.

Dated this 17th day of October 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　United States District Judge

**ORDER GRANTING STIPULATION
TO EXTEND TIME** – Page 1
(Case No. 2:22-cv-00942-TL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1
2
3  Presented by:
4  MORGAN, LEWIS & BOCKIUS, LLP
5
   By: *s/ Molly A. Terwilliger*
6  Molly A. Terwilliger, WSBA #28449
   Patty Eakes, WSBA # 18888
7  1301 Second Avenue, Suite 2800
   Seattle, WA 98101
8  Phone: (206) 274-6400
   molly.terwilliger@morganlewis.com
9  patty.eakes@morganlewis.com

10 *Attorneys for Defendant Microsoft Corporation*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER GRANTING STIPULATION
TO EXTEND TIME** – Page 2
(Case No. 2:22-cv-00942-TL)