THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| REALD SPARK, LLC, | Case No. 2:22-cv-00942-TL |
| Plaintiff, | **ORDER GRANTING STIPULATION REQUESTING SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

In accordance with the stipulation by the parties, the Court hereby ORDERS Defendant Microsoft Corporation to answer or otherwise respond to Plaintiff's Complaint by December 9, 2022.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 23rd day of November, 2022.

_____
Tana Lin
United States District Judge

**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME** –
Page 1
(Case No. 2:22-cv-00942-TL)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1
2
3
4  Presented by:
5  MORGAN, LEWIS & BOCKIUS, LLP
6  By: *s/ Molly A. Terwilliger*
   Molly A. Terwilliger, WSBA #28449
7  Patty Eakes, WSBA # 18888
   1301 Second Avenue, Suite 2800
8  Seattle, WA 98101
   Phone: (206) 274-6400
9  molly.terwilliger@morganlewis.com
10 patty.eakes@morganlewis.com

11 *Attorneys for Defendant Microsoft Corporation*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME** –
Page 2
(Case No. 2:22-cv-00942-TL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401