THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

REALD SPARK, LLC,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

Case No. 2:22-cv-00942-TL

**JOINT NOTICE REGARDING SUBMISSION OF PROPOSED ESI ORDER**

    The parties, by and through their attorneys of record, hereby file this Joint Notice informing the Court of the following:

    In a prior Joint Notice filed January 27, 2023 (Dkt. No. 33), the parties informed the Court that negotiations concerning a Protective Order and ESI Order were ongoing and that the parties intended to submit proposed versions of both orders by February 10, 2023.  Since then, the parties have submitted a proposed stipulated Protective Order (Dkt. No. 35), which the Court entered on February 7, 2023 (Dkt. No. 36).  However, the parties require additional time to submit a proposed ESI Order.  Accordingly, the parties hereby notify the Court that they will submit a proposed ESI Order by no later than February 24, 2023.  No action is required by the Court at this time.

    DATED: February 10, 2023.

JOINT NOTICE REGARDING SUBMISSION OF PROPOSED ESI ORDER – Page 1
(Case No. 2:22-cv-00942-TL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Kaleigh N. Boyd* | By: *s/ Molly A. Terwilliger* |
| Kaleigh N. Boyd, WSBA #52684 | Molly A. Terwilliger, WSBA #28449 |
| kboyd@tousley.com | Patty Eakes, WSBA #18888 |
| 1200 Fifth Avenue, Suite 1700 | 1301 Second Avenue, Suite 2800 |
| Seattle, Washington 98101 | Seattle, WA 98101 |
| Telephone: 206.682.5600/Fax: 206.682.2992 | Phone: (206) 274-6400 |
| | molly.terwilliger@morganlewis.com |
| Ashley N. Moore | patty.eakes@morganlewis.com |
| Michelman & Robinson, LLP | |
| 300 Crescent Court Suite 1700 | Natalie A. Bennett (admitted *Pro Hac Vice*) |
| Dallas, TX 75201 | 1111 Pennsylvania Avenue, NW |
| Telephone: (214) 273-4050 | Washington, DC, 20004-2541 |
| amoore@mrllp.com | Phone: (202) 739-3000 |
| | Natalie.bennett@morganlewis.com |
| *Attorneys for Plaintiff RealD Spark, LLC* | |
| | Andrew V. Devkar (admitted *Pro Hac Vice*) |
| | 2049 Century Park East, Suite 700 |
| | Los Angeles, CA, 90067-3109 |
| | Phone: ((310) 907-1000) |
| | Andrew.devkar@morganlewis.com |
| | |
| | Thomas R. Davis (admitted *Pro Hac Vice*) |
| | Susan Stradley (admitted *Pro Hac Vice*) |
| | 1000 Louisiana Street, Suite 4000 |
| | Houston, TX, 77002 |
| | Phone: (713) 890-1000 |
| | thomas.davis@morganlewis.com |
| | susan.stradley@morganlewis.com |
| | |
| | *Attorneys for Defendant Microsoft Corporation* |

JOINT NOTICE REGARDING SUBMISSION OF PROPOSED ESI ORDER – Page 2
(Case No. 2:22-cv-00942-TL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401