THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REALD SPARK, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 2:22-cv-00942-TL<br><br>**JOINT NOTICE REGARDING SUBMISSION OF PROPOSED ESI ORDER** |

The parties, by and through their attorneys of record, hereby file this Joint Notice informing the Court of the following:

In a prior Joint Notice filed February 10, 2023 (Dkt. No. 38), the parties informed the Court that negotiations concerning an ESI Order were ongoing and that the parties intended to submit a proposed version by February 24, 2023. However, the parties require additional time to submit a proposed ESI Order.  The parties have reached agreement on many of the terms of the ESI Order; however, a few terms remain in dispute.  Accordingly, the parties hereby notify the Court that by no later than March 1, 2023 they will submit either 1) a fully agreed upon proposed ESI Order; or 2) to the extent that the parties cannot resolve the disputed terms, the parties will submit a Joint Motion pursuant to Local Rule 37(a)(2) setting forth the parties positions as to the disputed terms for the Court's consideration.  No action is required by the Court at this time.

JOINT NOTICE REGARDING SUBMISSION OF
PROPOSED ESI ORDER – Page 1
(Case No. 2:22-cv-00942-TL)

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED: February 24, 2023.

| TOUSLEY BRAIN STEPHENS PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: */s/ Kaleigh N. Boyd*<br>Kaleigh N. Boyd, WSBA #52684<br>kboyd@tousley.com<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Phone: (206) 682-5600<br><br>Ashley N. Moore (admitted *Pro Hac Vice*)<br>Michelman & Robinson, LLP<br>300 Crescent Court, Suite 1700<br>Dallas, TX 75201<br>Phone: (214) 273-4050<br>amoore@mrllp.com<br><br>Jennifer A. Mauri (admitted *Pro Hac Vice*)<br>Michelman & Robinson, LLP<br>17901 Von Karman Ave, Suite 1000<br>Irvine, CA 92614<br>Phone: (714) 557-7990<br><br>*Attorneys for Plaintiff RealD Spark, LLC* | By: */s/ Molly A. Terwilliger*<br>Molly A. Terwilliger, WSBA #28449<br>Patty Eakes, WSBA #18888<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>molly.terwilliger@morganlewis.com<br>patty.eakes@morganlewis.com<br><br>Natalie A. Bennett (admitted *Pro Hac Vice*)<br>1111 Pennsylvania Avenue, NW<br>Washington, DC, 20004-2541<br>Phone: (202) 739-3000<br>Natalie.bennett@morganlewis.com<br><br>Andrew V. Devkar (admitted *Pro Hac Vice*)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone: (310) 907-1000<br>Andrew.devkar@morganlewis.com<br><br>Thomas R. Davis (admitted *Pro Hac Vice*)<br>Susan Stradley (admitted *Pro Hac Vice*)<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Phone: (713) 890-1000<br>thomas.davis@morganlewis.com<br>susan.stradley@morganlewis.com<br><br>*Attorneys for Defendant Microsoft Corporation* |

JOINT NOTICE REGARDING SUBMISSION OF PROPOSED ESI ORDER – Page 2
(Case No. 2:22-cv-00942-TL)

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992