THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REALD SPARK, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00942-TL<br><br>**[PROPOSED] ORDER RE DEFENDANT'S UNOPPOSED MOTION TO SEAL EXHIBIT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND CROSS-MOTION FOR ENFORCEMENT OF PROTECTIVE ORDER**<br><br>NOTE ON MOTION CALENDAR: July 31, 2023 |

　　　Before the Court is Defendant Microsoft Corporation's Motion to Seal Exhibit In Support of Defendant's Opposition to Plaintiff's Motion To Compel and Cross-Motion for Enforcement of the Protective Order (the "Motion"). Defendant requested that Exhibit 1 to the Declaration of Molly A. Terwilliger in support of Defendant's Opposition to Plaintiff's Motion To Compel and Cross-Motion for Enforcement of the Protective Order and related quotations in Microsoft's Opposition and Cross-Motion and the Declaration of Jeffrey Rowe be maintained under seal.

ORDER RE DEFENDANT'S UNOPPOSED
MOTION TO SEAL EXHIBIT RE MOTION TO
COMPEL & CROSS-MOTION FOR
ENFORCEMENT OF PROTECTIVE ORDER–
Page 1
(Case No. 2:22-cv-00942-TL)

1 | Having considered the Motion, the associated briefing, and the record before the Court, the Motion
2 | is GRANTED.
3 |     IT IS SO ORDERED.
4 |     Dated this 24th day of August 2023.

Tana Lin
United States District Judge

ORDER RE DEFENDANT'S UNOPPOSED
MOTION TO SEAL EXHIBIT RE MOTION TO
COMPEL & CROSS-MOTION FOR
ENFORCEMENT OF PROTECTIVE ORDER–
Page 2
(Case No. 2:22-cv-00942-TL)