THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REALD SPARK, LLC,

          Plaintiff,

     v.

MICROSOFT CORPORATION,

          Defendant.

Case No. 2:22-cv-00942-TL

**[PROPOSED] ORDER RE PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBITS IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY RESPONSES AND CROSS-OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND NON-OPPOSITION TO MICROSOFT'S MOTION TO FILE UNDER SEAL (ECF NO. 72)**

1    Before the Court is Plaintiff's Unopposed Motion to Seal Exhibits in Support of

2    Plaintiff's Reply in Support of Its Motion to Compel Discovery Responses and Cross-Opposition

3    to Defendant's Motion for Protective Order and Non-Opposition to Microsoft's Motion to File

4    Under Seal (ECF No. 72). Defendant requested that the following remain under seal: (1) Exhibits

5    A & B attached to the Declaration of Jennifer Mauri in Support of Plaintiff's Reply in Support

6    of Its Motion to Compel Discovery Responses and Cross-Opposition to Defendant's Motion for

7    Protective Order; (2) discussion of those Exhibits in Plaintiff's Reply in Support of Its Motion to

8    Compel Discovery Responses and Cross-Opposition to Defendant's Motion for Protective Order

9    and the related Mauri Declaration; and (3) discussion of the under seal portions of Defendant's

10   Opposition to Plaintiff's Motion To Compel and Cross-Motion for Enforcement of the Protective

11   Order, which are based on detailed identification and descriptions of RealD's trade secrets.

12        Having considered the Motion, the associated briefing, and the record before the Court,

13   the Motion is GRANTED.

14        IT IS ORDERED.

15        Dated this 24th day of August 2023.

16        _____

17        Tana Lin
          United States District Judge

18

19

20

21

22

23

[PROPOSED] ORDER RE PLAINTIFF'S UNOPPOSED MOTION TO
SEAL EXHIBITS IN SUPPORT OF PLAINTIFF'S REPLY IN
SUPPORT OF ITS MOTION TO COMPEL DISCOVERY RESPONSES
AND CROSS-OPPOSITION TO DEFENDANT'S MOTION FOR
PROTECTIVE ORDER AND NON-OPPOSITION TO MICROSOFT'S
MOTION TO FILE UNDER SEAL (ECF NO. 72) – Page 1