UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REALD SPARK LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 2:22-cv-00942-TL<br><br>ORDER |

　　　　This matter is before the Court on Plaintiff's Motion to Compel Discovery Responses (Dkt. No. 69) and Defendant's Cross Motion for Enforcement of Protective Order (Dkt. Nos. 71, 72-2 (sealed)). At oral argument on Defendant's motion for a stay (Dkt. No. 82), both Parties represented that a good deal of discovery has been produced since the instant motions were filed and at least some discovery disputes have thus been resolved. Moreover, Plaintiff disclosed in its briefing the numerous modifications it made to the Skoltech files. *See* Dkt. No. 77 (sealed) ¶ 3; Dkt. No. 77-2 (sealed). The Court thus finds that the Parties' motions are premature at this time, and that the Parties would benefit from further discussion regarding discovery. In doing so, the

ORDER - 1

Parties are instructed to keep in mind the Court's prior Order on Defendant's Motion to Compel. *See* Dkt. No. 63.

Accordingly, it is hereby ORDERED:

(1) Plaintiff's Motion to Compel Discovery Responses (Dkt. No. 69) and Defendant's Cross Motion for Enforcement of Protective Order (Dkt. No. 71) are STRICKEN as premature.

(2) The Parties are ORDERED to meet and confer on any remaining discovery disputes that were raised in the stricken motions. If the Parties wish to bring any remaining disputes to the Court after they meet and confer, the Parties are further ORDERED to utilize the procedure set forth in LCR 37(a)(2) regarding any outstanding issues.

Dated this 31st day of August 2023.

Tana Lin
United States District Judge