UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REALD SPARK, LLC,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-cv-00942-TL<br><br>ORDER |

This matter is before the Court *sua sponte*. The Parties have informed the Court that the Patent Trial and Appeal Board of the United States Patent and Trademark Office has instituted a trial on Defendant's petition for *inter partes* review in IPR2023-01046, challenging all asserted claims of U.S. Patent No. 10,740,985 ("the '985 Patent"), the patent at issue in this case. Dkt. Nos. 119, 120. Further, Plaintiff represents that "[g]iven the institution of [Defendant]'s petition for *inter partes* review . . . , [Plaintiff] intends to dismiss the '985 Patent infringement claims from this lawsuit." Dkt. No. 120 at 2.

ORDER - 1

Accordingly, it is hereby ORDERED:

(1) The tutorial and *Markman* hearing currently set for February 2, 2024, and February 16, 2024, respectively, are STRICKEN.

(2) Plaintiff SHALL file a motion to dismiss its patent infringement claims **within thirty (30) days** of this Order.

Dated this 8th day of January 2024.

Tana Lin
United States District Judge

ORDER - 2