Hon. Tana Lin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
AT SEATTLE

REALD SPARK, LLC,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

Case No. 2:22-cv-00942-TL

**[PROPOSED] ORDER GRANTING PLAINTIFF REALD SPARK, LLC'S MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF DEFENDANT MICROSOFT CORPORATION'S EXPERT DR. JOSEPH W. MARKS PH.D.**



MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

Before the Court is Plaintiff RealD Spark LLC's ("RealD") Motion to Exclude Expert Opinions and Testimony of Defendant Microsoft Corporation's Expert Dr. Joseph W. Marks Ph.D. ("Motion"). Having considered the Motion, associated briefing and supporting documents, and the record before the Court, the Motion is GRANTED as follows. Dr. Marks will not be permitted to opine as to:

- Dr. Marks' opinions regarding whether Microsoft breached any agreement with RealD;
- Dr Marks' opinions regarding whether Microsoft misappropriated any of the RealD's asserted trade secrets;
- Dr Marks' opinions regarding whether RealD's asserted trade secrets are protectable trade secrets;
- Dr Marks' opinions regarding whether RealD's asserted trade secrets meet the legal standards for a protectable trade secret under the Washington Uniform Trade Secrets Act ("WUTSA"), including:
    - Whether the asserted trade secrets "derive independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from its disclosure or use;" and
    - Whether the asserted trade secrets are "the subject of efforts that are reasonable under the circumstances to maintain its secrecy."
- Dr Marks' opinions regarding whether RealD's asserted trade secrets meet the legal standards for a protectable trade secret under the Defend Trade Secrets Act ("DTSA"), including:
    - Whether RealD "has taken reasonable measures to keep such information secret;" and
    - Whether "the information derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable



MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

> through proper means by, another person who can obtain economic value from the disclosure or use of the information."

- Dr Marks' opinions regarding whether RealD's asserted trade secrets are sufficiently novel to comprise a legally protectable trade secret.
- Dr Marks' opinion that RealD had not sufficiently established that it undertook. significant research and development efforts sufficient to establish a legally protectable trade secret.
- Dr. Marks' opinions at Paragraphs 464 to 473 of his report, which recount hearsay information provided to or reviewed by Dr. Marks regarding Microsoft employees, including Drs. Sommerlade, Neophytou, and Pradeep.

**IT IS SO ORDERED**.

DATED: ________, 2026

________________________________

THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

**McNAUL EBEL PLLC**

*s/Kaleigh N. Boyd*____________
Kaleigh N. Boyd, WSBA No. 52684
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-181
Fax: (206) 624-5128
kboyd@mcnaul.com

**ONE LLP**

Jennifer A. Mauri (admitted *Pro Hac Vice*)
Nathaniel L. Dilger (admitted *Pro Hac Vice*)
Taylor C. Foss (admitted *Pro Hac Vice*)
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Phone: (949) 502-2870
ndilger@onellp.com
tfoss@onellp.com