THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REALD SPARK, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:22-cv-00942-TL<br><br>**DECLARATION OF NATHANIEL L. DILGER IN SUPPORT OF PLAINTIFF REALD SPARK, LLC'S MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF DEFENDANT MICROSOFT CORPORATION'S EXPERT DR. JOSEPH W. MARKS, PH.D.** |



MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

I, Nathanial L. Dilger, declare as follows:

1. I am over the age of eighteen years old. I am an attorney licensed to practice law in the State of California and admitted *pro hac vice* in this action. I am a Partner at One LLP and represent Plaintiff RealD Spark, LLC ("RealD") in the above-captioned matter. I make this declaration based upon my own personal knowledge or based upon information obtained from the files maintained by One LLP related to this matter. If called as a witness, I could and would competently testify thereto under oath.

2. The Rebuttal Expert Report of Joseph W. Marks, Ph.D. (the "Marks Report") was designated by Microsoft as HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY and HIGHLY CONFIDENTIAL – SOURCE CODE. While RealD disagrees with the contents of the Marks Report, generally speaking, Dr. Marks was asked to "form opinions as to the allegations of trade secret misappropriation and breach of contract relating to a Non-Disclosures [sic] Agreement between RealD and Microsoft dated July 19, 2016." The Marks report, therefore, necessarily contains and reflects the very information for which RealD asserts trade secret protection in this case. Similarly, Dr. Marks' deposition included testimony regarding that same information. Thus, the Marks Report and Deposition Transcript of Dr. Marks contain sensitively-competitive materials similar to those this Court has previously ordered be redacted and/or filed under seal.

3. Attached hereto as **Exhibit A** are true and correct excerpted paragraphs from the February 16, 2026 Rebuttal Expert Report Dr. Joseph Marks. Content that was not cited in the accompanying Motion to Exclude or would reveal confidential information has been redacted in an effort to limit the amount of material being filed under seal.

4. Attached hereto as **Exhibit B** are true and correct excerpts from the Deposition Transcript of Dr. Joseph Marks.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



McNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

EXECUTED this 8th day of April, 2026 at Dana Point, California.

*/s/ Nathaniel L. Dilger*
Nathaniel L. Dilger