THE HONORABLE TAN LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REALD SPARK, LLC,

    Plaintiff,

    v.

MICROSOFT CORPORATION,

    Defendant.

Case No. 2:22-cv-00942-TL

**STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINES FOR ALL PENDING DAUBERT MOTION BRIEFING**

NOTE ON MOTION CALENDAR:
APRIL 22, 2026

## JOINT STIPULATION

Plaintiff RealD Spark, LLC ("Plaintiff") and Defendant Microsoft Corporation ("Microsoft") ("the Parties"), STIPULATE AND AGREE and respectfully request that the Court grant the Parties' stipulated extension of time for the briefing schedule for all pending Daubert Motions.  In support of this Joint Stipulation, the Parties would show:

Pursuant to the Schedule in this action (Dkt. 174), the Parties filed the following Daubert Motions on April 8, 2026 (the "Pending Expert Motions"):

1. Plaintiff Reald Spark LLC's Motion to Exclude Expert Opinions and Testimony of Defendant Microsoft Corporation's Expert Dr. Joseph W. Marks Ph.D., (Dkt. 201, filed 04/08/2026);

2. Defendant's Motion to Exclude Reasonable Royalty Opinions of Plaintiff's Damages Expert Michael D. Lindsay, (Dkt. 205, filed 04/08/2026);

STIPULATED MOTION FOR EXTENSION OF BRIEFING
SCHEDULE - 1
(Case No. 2:22-cv-00942-TL)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

3.  Defendant's Motion to Exclude Cerain Opinion Testimony of Plaintiff's Expert Michael S. Wilk, (Dkt. 208, filed 04/08/2026);

Due to scheduling conflicts, Microsoft conferred with RealD regarding the present Joint Stipulation extending the deadlines for the Pending Expert Motions.  After conferring, **the Parties agreed to a two-day extension of time for responses and a commensurate two-day extension of time for replies**.

| Pending Expert Motions Event | Current Due Date | [Proposed] Extended Date |
|---|---|---|
| Daubert Motion Deadline | April 8, 2026 | -- |
| Response To Daubert Motions | April 23, 2026 (Thursday) | April 27, 2026 (Monday) |
| Reply To Daubert Motions | April 29, 2026 (Wednesday) | May 1, 2026 (Friday) |
| Note on Motion Calendar | April 29, 2026 (Wednesday) | May 1, 2026 (Friday) |

The requested extension would aid the Court's consideration of the Parties' Pending Expert Motions and will not affect any other deadlines in the case.

For the foregoing reasons, and subject to the Court's approval, the Parties hereby Stipulate and Agree to extend the briefing deadlines for the Pending Expert Motions for two-days and to renote their respective motions on the calendar for May 1, 2026.

The Parties respectfully request that the Court grant their Stipulated Motion To Extend the briefing schedule as outlined above.  A Proposed Order is attached to this Stipulation.

**STIPULATED AND AGREED TO** this 22nd day of April 2026.

//

//

//

//

//

STIPULATED MOTION FOR EXTENSION OF BRIEFING
SCHEDULE FOR DAUBERT MOTIONS - 2
(Case No. 2:22-cv-00942-TL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**MCNAUL EBEL PLLC**

By: s/ *Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684

600 University Street, Suite 2700
Seattle, WA 98101
Phone: (206) 467-1816
Email: kboyd@mcnaul.com

**ONE LLP**

By:  */s Jennifer A. Mauri*
Jennifer A. Mauri (admitted *Pro Hac Vice*)
Nate L. Dilger (admitted *Pro Hac Vice*)
Taylor C. Foss (admitted *Pro Hac Vice*)
One LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Phone: (949) 502-2870
jmauri@onellp.com
ndilger@onellp.com
tfoss@onellp.com

*Attorneys for Plaintiff RealD Spark, LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
patty.eakes@morganlewis.com
molly.terwilliger@morganlewis.com

Natalie A. Bennett (pro hac vice)
1111 Pennsylvania Avenue, NW
Washington, DC, 20004-2541
Phone: (202) 739-3000
natalie.bennett@morganlewis.com

Andrew V. Devkar (pro hac vice)
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Phone: (310) 907-1000
andrew.devkar@morganlewis.com

Thomas R. Davis (pro hac vice)
Susan Stradley (pro hac vice)
1000 Louisiana Street, Suite 4000
Houston, TX, 77002
Phone: (713) 890-1000
thomas.davis@morganlewis.com
susan.stradley@morganlewis.com

Brooke Quesinberry (pro hac vice)
Wendy Do (pro hac vice)
1400 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 843-4000
brooke.quesinberry@morganlewis.com
wendy.do@morganlewis.com

*Attorneys for Defendant Microsoft Corporation*

STIPULATED MOTION FOR EXTENSION OF BRIEFING
SCHEDULE FOR DAUBERT MOTIONS - 3
(Case No. 2:22-cv-00942-TL)

# ~~[PROPOSED]~~ ORDER

The Court, having received and reviewed the foregoing Stipulation, and for good cause appearing, IT IS HEREBY ORDERED THAT the briefing deadlines for the Parties Pending Expert Motions is extended for two-days:

| Pending Expert Motions Event | Current Date | Amended Date |
|---|---|---|
| Responses To Daubert Motions [Dkts. 201, 205, 208] | April 23, 2026 (Thursday) | April 27, 2026 (Monday) |
| Replies To Daubert Motions [Dkts. 201, 205, 208] | April 29, 2026 (Wednesday) | May 1, 2026 (Friday) |

The Clerk is hereby **ORDERED** to renote these motions for May 1, 2026

IT IS SO ORDERED.

DATED this __24th__ day of April, 2026.

_____

THE HONORABLE TANA LIN

*Presented by:*

//

//

//

//

//

//

//

//

STIPULATED MOTION FOR EXTENSION OF BRIEFING
SCHEDULE FOR DAUBERT MOTIONS - 4
(Case No. 2:22-cv-00942-TL)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**MCNAUL EBEL PLLC**


By: /s *Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684
600 University Street, Suite 2700
Seattle, WA 98101
Phone: (206) 467-1816
Email: kboyd@mcnaul.com


**ONE LLP**

By:  /s *Jennifer A. Mauri*
Jennifer A. Mauri (admitted *Pro Hac Vice*)
Nate L. Dilger (admitted *Pro Hac Vice*)
Taylor C. Foss (admitted *Pro Hac Vice*)
One LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Phone: (949) 502-2870
jmauri@onellp.com
ndilger@onellp.com
tfoss@onellp.com


*Attorneys for Plaintiff RealD Spark, LLC*

**MORGAN, LEWIS & BOCKIUS LLP**


By: *s/ Molly A. Terwilliger*
Patty A. Eakes, WSBA #18888
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
patty.eakes@morganlewis.com
molly.terwilliger@morganlewis.com

Natalie A. Bennett (pro hac vice)
1111 Pennsylvania Avenue, NW
Washington, DC, 20004-2541
Phone: (202) 739-3000
natalie.bennett@morganlewis.com

Andrew V. Devkar (pro hac vice)
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Phone: (310) 907-1000
andrew.devkar@morganlewis.com

Thomas R. Davis (pro hac vice)
Susan Stradley (pro hac vice)
1000 Louisiana Street, Suite 4000
Houston, TX, 77002
Phone: (713) 890-1000
thomas.davis@morganlewis.com
susan.stradley@morganlewis.com

*Attorneys for Defendant Microsoft Corporation*

STIPULATED MOTION FOR EXTENSION OF BRIEFING
SCHEDULE FOR DAUBERT MOTIONS - 5
(Case No. 2:22-cv-00942-TL)